Cheshire,
March 5, 1907.

### LANE & a., Ap'ts, v. KEENE.

### KEENE & a. v. LANE & a.

APPEAL, by citizens and taxpayers of Keene, from the laying out of a highway by the mayor and aldermen, and BILL IN EQUITY, brought by the city and a landowner interested in the laying out, praying that the appeal be dismissed and the appellants enjoined from its further prosecution. At a hearing before *Peaslee*, J., at the October term, 1906, of the superior court, a decree was ordered for the city, and the appellants excepted.

*Joseph Madden*, for Elisha F. Lane and others.

*Cain & Benton*, for Helen R. Colony.

*John E. Allen*, for the city of Keene.

*Per Curiam.* In the absence of a demurrer to the bill in equity, the only question raised by the exception to the decree for the city is as to the right of citizens and taxpayers of the city to appeal from the laying out of a highway by the mayor and board of aldermen, which was determined adversely to the right in *Bennett* v. *Tuftonborough*, 72 N. H. 63.

*Exception overruled.*